NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE E. BAKER, DOC# 282007,    )
                                 )
    Appellant,               )
                                 )
v.                               )    Case No. 2D17-5062
                                 )
STATE OF FLORIDA,                )
                                 )
    Appellee.                )
_____  )

Opinion filed October 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess,
Judge.

George E. Baker, pro se.


PER CURIAM.

      Affirmed.


KELLY, CRENSHAW, and SALARIO, JJ., Concur.